The judgment herein is reversed and annulled and it is now ordered that there be judgment against the plaintiff herein, Harry T. Parks, rejecting his demand at his cost in both Courts.

No. 11,076

Orleans

SURETY COLLECTION CO v. FINE

(January 2, 1928. Opinion and Decree.)

(*Syllabus by the Court*)

1. Louisiana Digest—Bills and Notes—Par. 243.
The judgment is affirmed without comment as it is a suit on a promissory note and there is no defense in either Court.

Appeal from First City Court, Division "B." Hon. Val Stentz, Judge.

Action by Surety Collection Co. against H. R. Fine.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

T. J. Dobbins, of New Orleans, attorney for plaintiff, appellee.

H. R. Fine in P. P. Jas. J. Cullinane, of New Orleans, attorney for defendant, appellant.

JONES, J. Judgment below was given by default on a promissory note, after legal service and necessary delay. In this Court there has been no argument and no brief.

No. 10,122

Orleans

KLING v. MALONEY

(December 12, 1927. Opinion and Decree.)

(*Syllabus by the Court*)

1. Louisiana Digest—Landlord and Tenant Par. 45; Appeal—Par. 625.

Abrogation of leases is not favored except in extreme cases and where there is no manifest error of the trial judge on the question of fact as to defects in the rented house, the judgment will be affirmed.

Appeal from the Civil District Court, Division "A". Hon. H. C. Cage, Judge.

Action by Mrs. Edna M. Kling, et al., against Mrs. W. C. Maloney, et al.

There was judgment for defendant and the plaintiff appealed.

Judgment affirmed.

Joseph H. Brewer, of New Orleans, attorney for plaintiff, appellant.

M. C. Scharff, of New Orleans, attorney for defendant, appellee.

JONES, J. On October 13, 1923, the plaintiff, Mrs. Kling, as agent of her husband, leased from the defendant, Mrs. Maloney through Matthews Brothers, as agents, half of a double house in the City of New Orleans, designated as No. 2264 Carondelet Street, for the term of eleven and one-half months, commencing on October 15, 1923, at a monthly rental of forty dollars ($40.00) per month. This lease was in writing and is filed in the record as a part of the plaintiffs' petition.